IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBORAH SCHULTE,

    Plaintiff,                    No. CIV S-05-1812 FCD JFM P

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.            <u>ORDER</u>

_____/

        Defendants' motion for protective order came on regularly for hearing November 17, 2005. Anthony J. Poidmore appeared for plaintiff. Randolph Cregger and Jenny J. Rim appeared for defendants. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing, for the reasons stated on the record, defendants' motion for protective order is denied.

DATED: November 17, 2005.

                                    UNITED STATES MAGISTRATE JUDGE

1;schulte.oah

1