LAW OFFICES OF ANTHONY J. POIDMORE
A Professional Law Corporation
Anthony J. Poidmore, Esq. (SBN 51346)
3300 Douglas Blvd., Suite 190
Roseville, CA 95661
Telephone No.: 916-787-1290
FAX No.:       916-787-1293

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHULTE,<br><br>           Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO, SAMUEL L. JACKSON, THOMAS FRIERY, LYDIA ABREAU, WILLIAM P. CARNAZZO AND BRETT M. WITTER,<br><br>           Defendants. | CIV NO.: 2:05-CV-01812-FCD-JFM<br><br>STIPULATION AND REQUEST FOR COURT APPROVAL OF CONTINUED HEARING DATE ON DEFENDANTS' MOTION TO DISMISS<br><br>Date:        January 27, 2006<br>Time:       10:00 a.m.<br>Dept:        2<br>Courtroom: The Honorable Frank C. Damrell, Jr.<br><br>_____ |

All parties hereby stipulate that the hearing date of December 16, 2005, at 10:00 a.m. in

Department 2 may be continued to January 27, 2006, at 10:00 a.m. in Department 2. The ground

-1-

**STIPULATION AND REQUEST FOR COURT APPROVAL OF**
**CONTINUED HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**

for this continuance is that Plaintiff will be filing a motion to amend the Complaint and will seek a ruling that coincides with the ruling to be issued on Defendants' Motion to Dismiss. No prior continuance has been granted for the hearing on the Motion to Dismiss.

It is hereby stipulated:

Dated: 11/28/05

/s/
ADRIAN L. RANDOLPH, Attorney for Defendants

Dated: 11/21/05

/s/
ANTHONY J. POIDMORE, Attorney for Plaintiff

IT IS SO ORDERED:

Dated: November 30, 2005

/s/ Frank C. Damrell Jr.
THE HONORABLE FRANK C. DAMRELL, JR.

-2-

**STIPULATION AND REQUEST FOR COURT APPROVAL OF CONTINUED HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**