UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEBORAH SCHULTE,                           No. 2:05-cv-1812-MCE-JFM

    Plaintiff,

  v.                                       **RECUSAL ORDER**

CITY OF SACRAMENTO, SAMUEL L.
JACKSON, THOMAS FRIERY, LYDIA
ABREU, WILLIAM P. CARNAZZO,
BRETT M. WITTER,

    Defendants.
_____/

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.  The undersigned recuses himself as the judge to whom this case is assigned;

    2.  All currently scheduled dates in the above-captioned action are VACATED;

///

///

///

1

1    3.   The Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment;

4.   That this case is reassigned to the Honorable William B. Shubb.  Henceforth the caption on all documents filed in the reassigned case shall be 2:05-cv-1812-WBS-JFM.

IT IS SO ORDERED.

DATED: May 17, 2006

```
_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
```